UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gilberto Arredondo-Garcia DEFENDANT(S). | CASE NUMBER 2:16-MJ-00221 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>January 12</u>, <u>2016</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4-3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1-7-16

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1